**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, CA SBN 154759
wkreger@maklawyers.com
PETER J. FARNESE, CA SBN 251204
pfarnese@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:   (310) 396-9635

DONALD A. BESHADA (*pro hac vice*)
dbeshada@maklawyers.com
611 North River Drive, Suite 320
Elmwood Park, New Jersey
Telephone:  (201) 300-4738
Facsimile:   (201) 300-4748

Attorneys for Plaintiff, LAURA CEBALLOS and the Proposed Class

**MUNGER, TOLLES & OLSON LLP**
MARC T.G. DWORSKY, SBN 157413
Marc.Dworsky@mto.com
MARTIN D. BERN, SBN 153203
Martin.Bern@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant, FUZE BEVERAGE, LLC

THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAURA CEBALLOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>FUZE BEVERAGE, LLC, a Delaware limited liability company; LANCE COLLINS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV 08-06474-JFW (FMOx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING CLASS CERTIFICATION MOTION SCHEDULE<br><br>Date:  February 9, 2009<br>Time:  1:30 p.m.<br>Crtm:  16<br>Judge: Hon. John F. Walter<br><br>F.A.C. Filed: October 15, 2008<br>Pre-Trial Conf: November 13, 2009<br>Trial Date:  December 1, 2009 |

6762410.1

NOTICE OF SETTLEMENT;
REQUEST TO VACATE HEARING
CASE NO.: CV 08-06474-JFW (FMOx)

1         Whereas, the Court previously established a schedule for briefing and
2 hearing on Plaintiff's motion for class certification,
3         Whereas, Plaintiff Laura Ceballos and Defendant Fuze Beverage, LLC
4 have reached a settlement of Plaintiff's claims in this action;
5         Whereas, the Settlement provides for Plaintiff to file an amended
6 complaint in this action;
7         Whereas, the settlement agreement provides for monetary relief to
8 plaintiff and the putative class under $5 million;
9         Whereas, although the settlement is below the Court's jurisdictional
10 threshold pursuant to 28 U.S.C. §1714, the Court has the discretion to proceed with
11 approval of the class settlement or to remand the action to state court; *See Giannini*
12 *v. Schering-Plough Corp.*, No. C-06-06823-SBA, 2007 WL 1839789 (N.D. Cal.
13 2007);
14         Therefore, the parties hereby jointly request that the Court issue an
15 Order vacating the current briefing schedule and hearing date for plaintiff's motion
16 for class certification, and either:
17         (1) Ordering Plaintiff to file a Second Amended Complaint, and
18 request for preliminary approval of settlement within 30 days of the Court's Order;
19         **or**
20         (2) Remanding the case to state court for further settlement
21 proceedings.
22 //
23 //
24 //
25 //
26 //
27 //
28

6762410.1

NOTICE OF SETTLEMENT;
REQUEST TO VACATE HEARING
CASE NO : CV 08-06474-JFW (FMOx)

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 14, 2009 | MILSTEIN, ADELMAN & KREGER, LLP<br>DONALD A. BESHADA (*pro hac vice*)<br>WAYNE S. KREGER (154759)<br>PETER J. FARNESE (251204) |
|  | By:  s/ Wayne S. Kreger<br>       Wayne S. Kreger |
|  | Attorneys for Plaintiff Laura Ceballos and the Proposed Class |
| DATED: January 14, 2009 | MUNGER, TOLLES & OLSON LLP<br>MARC T.G. DWORSKY (157413)<br>MARTIN D. BERN (153203)<br>KRISTIN S. ESCALANTE (169635) |
|  | By:  s/ Martin D. Bern<br>       Martin D. Bern |
|  | Attorneys for Defendant Fuze Beverage, LLC |