JS-6

THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAURA CEBALLOS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     vs.<br><br>FUZE BEVERAGE, LLC, a Delaware limited liability company; LANCE COLLINS, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO.: CV 08-06474-JFW (FMOx)<br>LASC, Case No.: BC394521<br><u>CLASS ACTION</u><br><br>ORDER VACATING CLASS CERTIFICATION MOTION SCHEDULE<br><br>[Filed concurrently with Notice of Settlement and Request for Order Vacating Class Certification Motion Schedule] |

Having considered the Parties' Notice of Settlement and the parties joint Request for Order Vacating Class Certification Motion Schedule, and good cause appearing, the Court hereby approves the Request and orders as follows:

The current briefing schedule and hearing date for plaintiff's motion for class certification is hereby vacated, and:

~~(1)  Plaintiff is ordered to file a Second Amended Complaint, and request for preliminary approval of settlement within 30 days of the Court's Order;~~ **or**

(2)  The case is remanded to state court for further settlement proceedings.

IT IS SO ORDERED.

Dated:   January 16, 2009

_____
The Honorable John F. Walter
United States District Judge

6787831.1

[PROPOSED] ORDER VACATING CLASS CERTIFICATION
MOTION SCHEDULE
CASE NO.: CV 08-06474-JFW (FMOX)